B1 (Official Form 1) (04/13)

# United States Bankruptcy Court
## Southern District of New York

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Emi's Auto Center, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **None** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **EIN: 45-4757302** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **268 Tarrytown Road, White Plains, NY** ZIPCODE **10607** | Street Address of Joint Debtor (No. and Street, City, and State): ZIPCODE |
| County of Residence or of the Principal Place of Business: **Westchester** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIPCODE | Mailing Address of Joint Debtor (if different from street address): ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIPCODE |

**Type of Debtor** (Form of Organization) (Check **one** box)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] GAS/Auto Repair Station / Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests: _____
Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [x] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [x] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

**Estimated Assets**

| [ ] $0 to $50,000 | [x] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

**Estimated Liabilities**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [x] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Emi's Auto Center, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: **N.A.** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)     Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☑ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B1 (Official Form 1) (04/13) | Page 3 |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Emi's Auto Center, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X **/s/ H. Bruce Bronson**
Signature of Attorney for Debtor(s)

**H. BRUCE BRONSON HB3263**
Printed Name of Attorney for Debtor(s)

**Bronson Law Offices, P.C.**
Firm Name

**480 Mamaroneck Ave.**
Address

**Harrison, NY 10528**

**877-385-7793    hbbronson@bronsonlaw.net**
Telephone Number                          e-mail

**11/9/2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Emilexis Medina**
Signature of Authorized Individual

**EMILEXIS MEDINA**
Printed Name of Authorized Individual

**VP and 40% shareholder**
Title of Authorized Individual

**11/9/2014**
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re   **Emi's Auto Center, Inc.**                         ,
                        Debtor

Case No. _____

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Kingston Candy** **208 Mac Arthur Avenue** **New Windsor, NY 12553** | Trade Debt | Trade Debt | | 200.00 |
| **Auto Zone** **788 Main Street** **New Rochelle, NY 10805** | | Trade debt | | 500.00 |
| **City Cartering and Recycling** **8 Viaduct Rd,** **Stamford, CT 06907** | | Trade debt | | 600.00 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **New York State Gaming Commission PO Box 7500 Schenectady, New York 12301-7500** | | | | **609.00** |
| **Weldon Tire 555 Bedford Rd. #3 Bedford Hills NY 10507** | | **Trade debt** | | **650.00** |
| **Chase PO Box 24696 Columbus, OH 43224** | | **Bank loan** | | **708.00** |
| **Almeida Oil 33 Hubbels Dr Mt Kisco, NY 10549** | | **Trade debt** | | **727.00** |
| **ADT 125 Clearbrook Rd Elmsford, NY 10523** | | **Trade debt** | | **897.00** |
| **Utica First 5981 Airport Road Oriskany, NY 13424** | | **Trade debt** | | **1,139.00** |
| **Bertoline & Sons 7 John Walsh Blvd Peekskill, NY 10566** | | **Trade debt** | | **1,500.00** |
| **Circle Lubricants 111 Smithtown Bypass Hauppauge, NY 11788** | | **Trade debt** | | **2,000.00** |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Dept. of Health, County of Westchester**<br>145 Huguenot St.,<br>New Rochelle, N.Y. 10801 | | **Westchester County** | | **2,100.00** |
| **Big City Parts Supply**<br>11 Cliff St<br>New Rochelle, NY | | **Trade debt** | | **2,102.00** |
| **First Data Global Leasing**<br>5565 Glenridge Connector NE, Suite 2000<br>Atlanta, GA 30342 | | **Trade Debt** | | **2,700.00** |
| **Chase**<br>PO Box 24696<br>Columbus, OH 43224 | | **Bank loan** | | **4,786.00** |
| **ConEdison**<br>Cooper Station<br>PO Box 138<br>New York, NY 10276 | | **Utility** | | **5,793.00** |
| **NYS Dept of Tax and Finance**<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205 | | **Tax** | | **7,804.00** |
| **NYS Workers Compensation Board**<br>215 W 125th St #5<br>New York, NY 10027 | | **Workers comp** | | **20,000.00** |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Route 119 Gas, Inc. d/b/a Jays Auto C 114 Algonquin Road Yonkers, NY 10710** | | **Promissory Note** | | **42,290.87** |
| **LukOil North America LLC 505 Fifth Avenue, 9th Floor New York, NY 10017** | | **Trade debt** | **Disputed** | **44,233.00** |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date    **11/9/2014**

Signature    **/s/ Emilexis Medina**
**EMILEXIS MEDINA,**
**VP and 40% shareholder**

```
ADT
125 Clearbrook Rd
Elmsford, NY 10523


Almeida Oil
33 Hubbels Dr
Mt Kisco, NY 10549


Auto Zone
788 Main Street
New Rochelle, NY 10805


Bertoline & Sons
7 John Walsh Blvd
Peekskill, NY 10566


Big City Parts Supply
11 Cliff St
New Rochelle, NY


Chase
PO Box 24696
Columbus, OH 43224



Circle Lubricants
111 Smithtown Bypass
Hauppauge, NY 11788


City Cartering and Recycling
8 Viaduct Rd, Stamford, CT 06907


ConEdison
Cooper Station
PO Box 138
New York, NY 10276


Dept. of Building County of Westchester
148 Martine Avenue
White Plains, New York 10601.
```

Dept. of Health, County of  Westchester
145 Huguenot St.,
New Rochelle,  N.Y. 10801


Emilenny Medina
40A Harrison Street
Croton-on-Hudson, NY 10520


Emilexis Medina
179 Drake Ave.
New Rochelle, NY 10805


First Data Global Leasing
5565 Glenridge Connector NE, Suite 2000
Atlanta, GA 30342


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Jake Naggy
Lukoil North America LLC
302 Harper Drive, Suite 303
Moorestown, NJ 08057


Kingston Candy
208 Mac Arthur Avenue
New Windsor, NY 12553


LukOil North America LLC
505 Fifth Avenue, 9th Floor
New York, NY 10017


Mavis Discount Tire
199 North Saw Mill River Rd.
Elmsford NY 10523


New York State Gaming Commission
PO Box 7500
Schenectady, New York 12301-7500

```
NYS Dept of Tax and Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205


NYS Workers Compensation Board
215 W 125th St #5
New York, NY 10027


Route 119 Gas, Inc. d/b/a Jays Auto C
114 Algonquin Road
Yonkers, NY 10710


Town of Greenburgh
177 Hillside Ave.
 Greenburgh, NY 10607


Utica First
5981 Airport Road
Oriskany, NY 13424


Weldon Tire
555 Bedford Rd. #3
Bedford Hills NY 10507
```

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re  **Emi's Auto Center, Inc.**  ,
        Debtor

Case No. _____

Chapter  **11**

## VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 3 pages, is true, correct and complete to the best of my knowledge.

Date  **11/9/2014**

Signature  **/s/ Emilexis Medina**
**EMILEXIS MEDINA,**
**VP and 40% shareholder**

H. Bruce Bronson
Bronson Law Offices, P.C.
480 Mamaroneck Ave.
Harrison, NY 10528
877-385-7793
888-908-6906

**UNITED STATES BANKRUPTCY COURT**
**Southern District of New York**

In re  **Emi's Auto Center, Inc.**                    ,
                            Debtor

Case No.  _____

Chapter  **11**

**List of Equity Security Holders**

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| **Emilenny Medina**<br>**40A Harrison Street**<br>**Croton-on-Hudson, NY 10520** | **120.00** | **60% Common Shareholder** |
| **Emilexis Medina**<br>**179 Drake Ave.**<br>**New Rochelle, NY 10805** | **80.00** | **40% Common Shareholder** |

# United States Bankruptcy Court

### SOUTHERN DISTRICT OF NEW YORK

In re: **EMI'S AUTO CENTER, INC.**  
Debtor

Case No.: 14-_____  
Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **EMI'S AUTO CENTER, INC. (the "Corporation")** in the above captioned action, certifies that the following is a corporation, other than the debtor or a governmental unit, that directly or indirectly owns 10% or more of any class of the Corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

**No entities to report.**

**All shares of all classes of stock are owned by Emilexis Medina and Emilenny Medina.**

Date: November 3, 2014

/s/ **H. Bruce Bronson**
H. Bruce Bronson
Proposed Counsel for Emi's Auto Center, Inc.
480 Mamaroneck Ave.
Harrison, NY 10528
914-269-2530
hbbronson@bronsonlaw.net